# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| **Alex Nelson,** ) | | JUDGMENT IN CASE |
| ) | | |
| Petitioner, ) | | 1:23-cv-00269-MR |
| ) | | |
| vs. ) | | |
| ) | | |
| **United States Bureau of Prisons,** ) | | |
| Respondent. ) | | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 6, 2023 Order.

December 6, 2023

Katherine Hord Simon, Clerk
United States District Court